IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ENDEAVOUR HIGHRISE, L.P. | § | Case No. 09-33151 |
| | § | (Chapter 11) |
| Debtor | § | |

DEBTOR'S WITNESS LIST FOR HEARING ON
MOTION TO COMPEL DEBTOR TO SURRENDER CONTROL OF
<u>ENDEAVOUR CONDOMINIUM ASSOCIATION, INC.</u>
[Relates to Doc. No. 43]

| MAY CALL WITNESS LIST |
|---|
| 1.   Robin Parsley |
| 2.   Carlo Marzano |
| 3.   Any witness listed or called by any other party |
| 4.   Any witness necessary for rebuttal |