**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **ENDEAVOUR HIGHRISE, L.P.** | § | **Case No. 09-33151** |
| | § | **(Chapter 11)** |
| **Debtor** | § | |

**DEBTOR'S EXHIBIT LIST FOR HEARING ON**
**MOTION TO COMPEL DEBTOR TO SURRENDER CONTROL OF**
**ENDEAVOUR CONDOMINIUM ASSOCIATION, INC.**
**[Relates to Doc. No. 43]**

| DEBTOR'S EXHIBIT(S) | | | | | |
|---|---|---|---|---|---|
| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
| D1 | VN American Tile & Marble, Inc. Construction Contract, dated 5/27/09 | | | | |