IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| ENDEAVOUR HIGHRISE, L.P., | § § | CASE NO. 09-33151 (Chapter 11) |
| *Debtor.* | § § § § | *Hearing Cont.: June 5, 2009 at 11:45 a.m.* |

**SUPPLEMENTAL EXHIBIT LIST FOR HEARING ON MOTION TO
COMPEL DEBTOR TO SURRENDER CONTROL OF
ENDEAVOUR CONDOMINIUM ASSOCIATION, INC.**

| ARNETT'S SUPPLEMENTAL EXHIBITS | | | | | |
|---|---|---|---|---|---|
| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
| A23 | Correspondence from Contrarian Management Group, LLC to Mr. Hoffman submitting a Letter of Intent | | | | |
| A24 | DIP Loan Budget – Use of Proceeds | | | | |
| A25 | Application for Certificate of Authority – Best Storage Construction LLC | | | | |
| A26 | Articles of Incorporation of N Sky Concrete, LLC | | | | |
| A27 | Certificate of Formation of Endeavour Holdings, Inc. | | | | |
| A28 | Texas Secretary of State – Business Inquiry – Parsley Family Limited Partnership | | | | |
| A29 | Articles of Incorporation of N Sky Living, Inc. | | | | |
| A30 | Certificate of Formation of N Sky Construction, L.P. | | | | |
| A31 | Certificate of Formation of N Sky, Inc. | | | | |
| A32 | Certificate of Formation of Endeavour Condominium Association, Inc. | | | | |
| A33 | AIA Document B141 between N Sky Living and EDI Architecture, Inc. | | | | |