# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS 75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | |
|---|---|
| Page | 1 |
| Inv# | 386116 |
| Date | 12/12/11 |

009181-0007

JOHN F. HIGGINS

RON SOMMERS, TRUSTEE
NATHAN SOMMERS JACOBS & GORMAN, P.C.
2800 POST OAK BLVD., 61ST FLOOR
HOUSTON, TX 77056

TAX ID# 74-2174193

**Endeavour Chapter 7**

---

For professional services rendered and related expenses incurred in the above-referenced matter through November, 2011, as follows:

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/27/11 | JFH | Telephone conference and e-mail to D. Livingston. Meeting with J. Wolfshohl, review pleadings and fee application. Telephone conference regarding same. | 0.80 | 440.00 |
| 11/01/11 | KDS | Review file regarding pending matters and meeting with J. Higgins regarding same. | 0.60 | 111.00 |
| 11/02/11 | JWW | Phone conference with T. Leffert regarding hearing on motion to compel (.2); phone conferences with A. Wolfshohl regarding same (.3); draft claim objections (1.2). | 1.70 | 595.00 |
| 11/09/11 | AKW | Review order denying motion to withdraw deemed admissions. | 0.10 | 30.00 |
| 11/10/11 | AKW | Begin drafting response to Contrada's motion for summary judgment and reply in support of trustee's motion. | 3.00 | 900.00 |
| 11/10/11 | DDS | Briefcase Colorado case documents and arrange for blowback of same.  Review and organize for use and review by A. Wolfshohl. | 0.80 | 140.00 |
| 11/11/11 | MHS | Confer with A. Wolfshohl regarding instructions for post-judgment deposition of Vivian Abobo. | 0.30 | 82.50 |
| 11/11/11 | AKW | Continue drafting reply (6.0); review subpoena to trustee and research same (2.0); e-mails with R. Sommers regarding same (.2). | 8.20 | 2,460.00 |
| 11/12/11 | AKW | Begin preparing for discovery hearings. | 5.70 | 1,710.00 |
| 11/12/11 | JWW | Draft and revise claim objections and emails with R. Sommers regarding same (3.5); draft second intermim fee application (2.2). | 5.70 | 1,995.00 |

**EXHIBIT 2**

**PORTER HEDGES LLP**

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS  75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | | | | |
|---|---|---|---|---|
| Page | | | | 2 |
| Inv# | | | | 386116 |
| Date | | | | 12/12/11 |
| | | | | 009181-0007 |

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/12/11 | DDS | Assist with hearing preparations. | 1.00 | 175.00 |
| 11/13/11 | AKW | Continue preparing for discovery hearings. | 4.00 | 1,200.00 |
| 11/13/11 | JWW | Review pleadings and exhibits and prepare for hearing on motion to compel. | 2.50 | 875.00 |
| 11/13/11 | DDS | Assist with hearing preparations. | 1.00 | 175.00 |
| 11/14/11 | MHS | Teleconference with A. Wolfshohl regarding contact information for V. Abobo.  Attempt to contact Ms. Abobo regarding whether she intends to attend the deposition. | 0.20 | 55.00 |
| 11/14/11 | AKW | Create summary exhibit for discovery hearings; draft witness and exhibit list for hearings on motion to strike; phone conference with R. Sommers regarding subpoena; e-mails regarding service of subpoena; draft emergency motion to quash subpoena; continue drafting response to motion for summary judgment. | 7.20 | 2,160.00 |
| 11/14/11 | JWW | Conference call with R. Sommers regarding subpoena and hearing on 11/18 (.3); meet with A. Wolfshohl regarding same (.4); draft fee application (1.4); review and revise motion to quash and confer with A. Wolfshohl regarding filing same (.4); review exhibits and witness list prior to service of same (.5). | 3.00 | 1,050.00 |
| 11/14/11 | DDS | Update disc notebook; create index regarding same. Confer with A. Wolfshohl and J. Wolfshohl regarding Turet documents. Continue to assist with case preparations. | 2.50 | 437.50 |
| 11/15/11 | AKW | Finalize and file amended motion to quash subpoena (1.0); e-mails with R. Stennis regarding same (.1); continue drafting reply in support of motion for summary judgment (3.3); finalize and file witness and exhibit lists (1.0); review motion to strike witness and exhibit list (.3); review response to motion to quash subpoena (.3); e-mails with T. Leffert attempting to confer (.5). | 6.50 | 1,950.00 |
| 11/15/11 | JWW | Meet with A. Wolfshohl in preparation for hearing. | 1.00 | 350.00 |
| 11/16/11 | MHS | Review background information on V. Abobo, her | 1.80 | 495.00 |

**PORTER HEDGES LLP**

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS  75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | |
|---|---|
| Page | 3 |
| Inv# | 386116 |
| Date | 12/12/11 |
| | 009181-0007 |

---

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | property holdings, and a company she started in preparation for her deposition; confer with A. Wolfshohl regarding additional contact information for the witness in the event she does not appear; confer with the court report regarding the certificate of non-appearance for Ms. Abobo; follow up with A. Wolfshohl regarding same. | | |
| 11/16/11 | AKW | Finalize and file reply in support of motion to quash subpoena (2.0); phone conference with R. Stennis regarding telephonic hearing and e-mail notice of same (.3); prepare for telephone hearing (1.0); telephonic hearing on motion to quash (.5); continue drafting reply in support of motion for summary judgment (1.9); draft order on motion to quash (1.0). | 6.40 | 1,920.00 |
| 11/16/11 | JWW | Several phone conferences with A. Wolfshohl regarding hearing on motion to quash (.5); meet with A. Wolfshohl and prepare for telephonic hearing (.7); telephonic hearing on motion to quash (.3); review proposed order on motion to quash and confer with A. Wolfshohl regarding same (.2); review and revise reply to Defendants' response to MSJ (1.7). | 3.40 | 1,190.00 |
| 11/17/11 | AKW | Research regarding attorney signing a proof of claim (.7); research regarding failure to attach interest calculation to proof of claim (.9); research regarding fraudulent proof of claim (.6); phone conference with J. Wolfshohl regarding same (.2); revise reply in support of motion for summary judgment and file same (1.8); begin drafting response to motion to permit withdrawal of deemed admissions (3.0). | 7.20 | 2,160.00 |
| 11/18/11 | AKW | Prepare for discovery hearings (5.5); continue to draft response to motion to withdraw deemed admissions (1.0); hearing on discovery motions (3.5). | 10.00 | 3,000.00 |
| 11/18/11 | JWW | Prepare for and attend hearing on motion to compel and motions to strike. | 6.30 | 2,205.00 |
| 11/21/11 | AKW | E-mails with R. Sommers regarding status update; | 1.00 | 300.00 |

**PORTER HEDGES LLP**

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841164
DALLAS, TEXAS  75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | | |
|---|---|---|
| Page | | 4 |
| Inv# | | 386116 |
| Date | | 12/12/11 |
| | | 009181-0007 |

---

| | | | | |
|---|---|---|---|---|
| | | phone conference with R. Sommers regarding same; phone conference with J. Wolfshohl regarding hearing on motion for summary judgment; calendar dates for hearing; redact invoices for fee application. | | |
| 11/21/11 | JWW | Several conference calls with A. Wolfshohl regarding fee application preparation and redaction of time entries (.3); meet with A. Wolfshohl regarding summary judgment consideration and possible hearing (.2); finalize fee application for filing (.4); meet with A. Wolfshohl regarding analysis of Contrada claim (.1). | 1.00 | 350.00 |
| 11/21/11 | KDS | Review and revise fee application. | 0.60 | 111.00 |
| 11/22/11 | AKW | Draft order granting motion to compel (1.2); e-mails with T. Leffert regarding hearing on motions for summary judgments (.2); e-mails with J. Wolfshohl regarding same (.3); e-mails with T. Leffert regarding continuing pre-trial conference (.2); confer with J. Wolfshohl regarding same (.4); begin drafting response to motion to continue pretrial conference (1.0). | 3.60 | 1,080.00 |
| 11/22/11 | JWW | Review and revise objection to motion to withdraw deemed admissions (.5); meet with A. Wolfshohl regarding same and motion to continue pretrial conference (.4); review motion and response to same and provide comments (.4); review notes from hearing and revise proposed order on motion to compel (.3). | 1.60 | 560.00 |
| 11/22/11 | KDS | Review, revise, finalize and electronically file fee application. | 1.10 | 203.50 |
| 11/23/11 | AKW | Finalize and file response to motion to continue pre-trial conference. | 0.40 | 120.00 |
| 11/28/11 | AKW | Draft e-mail to T. Leffert re: objection to motion to withdraw deemed admissions (.2); e-mails with J. Wolfshohl re: same (.2); e-mails with T. Leffert re: changes to order on motion to compel (.6); numerous revisions to order on motion to compel (1.0). | 2.00 | 600.00 |

**PORTER HEDGES LLP**

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS 75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | |
|---|---|
| Page | 5 |
| Inv# | 386116 |
| Date | 12/12/11 |
| | 009181-0007 |

| | | | | |
|---|---|---|---|---|
| 11/28/11 | JWW | Review and revise order on motion to compel (.2); phone conference with A. Wolfshohl regarding same and opposition to request for admissions (.2); email to T. Leffert regarding same (.1); further conferences with A. Wolfshohl regarding revisions to order requested by T. Leffert (.3). | 0.80 | 280.00 |
| 11/29/11 | AKW | E-mails with T. Leffert regarding order on motion to compel (.2); finalize and file agreed order (.7); finalize and file objection to motion to withdraw deemed admissions (.7). | 1.60 | 480.00 |
| 11/30/11 | AKW | E-mails with T. Leffert re production of checks in connection with motion to compel. | 0.10 | 30.00 |
| Total Services | | | 104.70 | $31,975.50 |

## Timekeeper Summary

| Attorney/Legal Assistant | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Amy K. Wolfshohl | Associate | 67.00 | 300.00 | 20,100.00 |
| Darlene D. Sanchez | Paralegal | 5.30 | 175.00 | 927.50 |
| John F. Higgins | Partner | 0.80 | 550.00 | 440.00 |
| Joshua W. Wolfshohl | Associate | 27.00 | 350.00 | 9,450.00 |
| Kim D. Steverson | Paralegal | 2.30 | 185.00 | 425.50 |
| M. Harris Stamey | Associate | 2.30 | 275.00 | 632.50 |

## Disbursements Summary

| Description | Value |
|---|---|
| Delivery Service | 112.04 |
| Deposition Expense | 621.00 |
| Reproduction Service | 1,001.10 |
| Binding Services | 9.25 |
| Messenger Service | 10.00 |
| Postage | 98.73 |

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS  75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | |
|---|---|
| Page | 6 |
| Inv# | 386116 |
| Date | 12/12/11 |
| | 009181-0007 |

| Description | Value |
|---|---|
| Reproduction | 177.60 |
| Administrative Overtime | 495.00 |
| Long Distance | 0.75 |
| Computer Assisted Legal Research | 1,544.97 |
| Telecopier | 0.60 |
| Total Expenses | 4,071.04 |

**Total This Invoice** — **$36,046.54**

**Balance Forward** — **88,680.99**

**Amount Due for this Matter** — **$124,727.53**

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS 75284-1184

TELECOPIER (713) 228-1331

TELEPHONE (713) 226-0600

| | |
|---|---|
| Inv# | 386116 |
| Date | 12/12/11 |
| | 009181-0007 |
| | JOHN F. HIGGINS |

RON SOMMERS, TRUSTEE
NATHAN SOMMERS JACOBS & GORMAN, P.C.
2800 POST OAK BLVD., 61ST FLOOR
HOUSTON, TX 77056

TAX ID# 74-2174193

**Endeavour Chapter 7**

## REMITTANCE PAGE

| | |
|---|---|
| **Invoice Total** | <u>$36,046.54</u> |
| **Balance Forward** | 88,680.99 |
| **Matter Balance** | $124,727.53 |

**For payments by wire, please use these wiring instructions:**

**Financial**          Bank Of America, N.A.
                       100 West 33rd Street
                       New York, NY 10001

**Federal Bank Routing for Wires:** RT/ABA#026009593

**Swift Address for International Wires:** BOFAUS3NXXX

**Federal Bank Routing for ACH/EFT:** RT/ABA# 1110-0002-5

**Porter & Hedges, L.L.P. Operating Account No.** 488029754580

**Reference:** 009181-0007

```
######          #                  ### ######
#     #         #                  #   #     #
#     #   #     #          #        #   #     #
#     #         #          #        #   #     #
#     #  ##   #### #  ##  ##  ##### #   ######
#     #  #   #  #  #  #   #   #   # #   #  #
#     #  #   #  # #  ###  #   #   # #   #   #
#     #  #   #  ###  # #  #   #   # #   #    #
######  ###  #### #  ##  ###  #   ### #    #
```

Job : 142
Date: 3/19/2012
Time: 9:17:17 AM

**PORTER HEDGES LLP**

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS  75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | |
|---|---|
| Page | 1 |
| Inv# | 387223 |
| Date | 01/12/12 |
| | 009181-0007 |

JOHN F. HIGGINS

RON SOMMERS, TRUSTEE
NATHAN SOMMERS JACOBS & GORMAN, P.C.
2800 POST OAK BLVD., 61ST FLOOR
HOUSTON, TX 77056

TAX ID# 74-2174193

**Endeavour Chapter 7**

For professional services rendered and related expenses incurred in the above-referenced matter through December, 2011, as follows:

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/01/11 | AKW | Draft stipulation in lieu of producing checks and e-mails with J. Wolfshohl regarding same. | 0.20 | 60.00 |
| 12/02/11 | AKW | Review order on Motion to Compel (0.1); e-mails with T. Leffert regarding Motion for Leave to Amend (0.1); e-mails with T. Leffert regarding stipulation (0.1); prepare time entries for award of fees on Motion to Quash (0.5); e-mails with J. Wolfshohl regarding same (0.1); e-mails with T. Leffert and J. Spiller regarding agreement on fees (0.2); phone conference with J. Spiller regarding attorneys' fees (0.2); phone conference with trustee regarding offer of compromise on fee (0.2); e-mails with J. Spiller rejecting offer of compromise (0.1). | 1.60 | 480.00 |
| 12/05/11 | AKW | Attend hearing on motion to appoint receiver and master (1.5); phone conference with J. Spiller regarding hearing on motion for fees and stipulation regarding check (.1); draft order awarding fees (.5); review scheduling order (.1). | 2.20 | 660.00 |
| 12/06/11 | AKW | File order an attorneys' fees (.1); e-mails with R. Sommers regarding same (.1). | 0.20 | 60.00 |
| 12/08/11 | AKW | Review motion for leave to amend proof of claim (.5); review documents in connection with same (1.6); review withdrawal document (.1). | 2.20 | 660.00 |
| 12/09/11 | AKW | E-mails with R. Bauman regarding order appointing him receiver and master over Vivian Abobo. | 0.10 | 30.00 |
| 12/09/11 | JWW | Review pleadings and conference call with A. Wolfshohl regarding same. | 0.20 | 70.00 |

**PORTER HEDGES LLP**

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS  75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | | |
|---|---|---|
| Page | | 2 |
| Inv# | | 387223 |
| Date | | 01/12/12 |
| | | 009181-0007 |

| | | | | |
|---|---|---|---|---|
| 12/09/11 | KDS | Review file and draft withdrawals of abstracts of judgment against Nichols. | 1.00 | 185.00 |
| 12/12/11 | AKW | Review second motion for leave to amend proof of claim (.2); research regarding motion for leave (.3). | 0.50 | 150.00 |
| 12/13/11 | AKW | Research regarding Contrada's attempt to present live testimony at hearing on motion for summary judgment (.3); continue research regarding Contrada's motion for leave to amend proof of claim (.7); review L. Rose deposition regarding creation of spreadsheet (.5). | 1.50 | 450.00 |
| 12/14/11 | KDS | Draft and revise letters to Brazoria and Harris Counties transmitting Releases of Judgment. | 0.40 | 74.00 |
| 12/16/11 | AKW | E-mails with T. Leffert and J. Spiller regarding status hearing on Motion to Compel and Motion for Summary Judgment (.2); e-mails with T. Leffert regarding revised discovery response (.1). | 0.30 | 90.00 |
| 12/19/11 | AKW | Prepare for hearing on Trustee's Motion for Summary Judgment (2.7); review Contrada and Marzano's supplemental production (2.5); telephone conference with T. Leffert and J. Wolfshohl regarding same (.4). | 5.60 | 1,680.00 |
| 12/19/11 | JWW | Office conference with A. Wolfshohl regarding status of document production (.4); conference call with A. Wolfshohl and T. Leffert regarding compliance with order (.5); further meeting with A. Wolfshohl regarding notice of status and preparation for hearing (.9). | 1.80 | 630.00 |
| 12/19/11 | DDS | Extract documents received in response to requests for production from several forwarded emails (.20); review and prepare documents for upload to Summation database (.50) | 0.70 | 122.50 |
| 12/19/11 | KDS | Review, revise and finalize Notice of Compliance with Order on Mouton to Compel and coordinate filing and service of same. | 1.00 | 185.00 |
| 12/20/11 | AKW | Prepare for and attend hearing on Motion for Summary Judgment (6.3); e-mails with A. Leffert regarding Stipulation (.2); e-mail R. Sommers regarding hearing on Motion for Summary | 6.90 | 2,070.00 |

**PORTER HEDGES LLP**

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS  75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | |
|---|---|
| Page | 3 |
| Inv# | 387223 |
| Date | 01/12/12 |
| | 009181-0007 |

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| | | Judgment (.1). | | |
| 12/20/11 | JWW | Prepare for and attend hearing on MSJ and status conference on compliance with order. | 2.40 | 840.00 |
| 12/20/11 | KMD | Migrate and manually import Contrada Citizens000001 - Contrada Citizens000009, Contrada Guaranty000001 - Contrada Guaranty000203, Contrada WellsFargo000001 - Contrada WellsFargo000197, and MARZANO00303 - MARZANO00789 into Summation per D. Sanchez's request. | 0.70 | 52.50 |
| 12/21/11 | AKW | Begin drafting response to motion for leave to amend proof of claim (4.4); review stipulation provided by T. Leffert regarding Contrada wires and e-mails regarding same (.4). | 4.80 | 1,440.00 |
| 12/21/11 | DDS | Compare Contrada wire transfer records as provided in Contrada's Supplemental Discovery Responses to our spreadsheet tracking Rose deposits with corresponding Contrada bank statements to ascertain if any were from Insite Dickinson Storage (.4); mark spreadsheet accordingly and provide to A. Wolfshohl for review (.1) | 0.50 | 87.50 |
| 12/22/11 | AKW | Finalize and file response to motion for leave to amend proof of claim (2.4); finalize stipulation proposed by Contrada regarding wires (.5). | 2.90 | 870.00 |
| 12/22/11 | JWW | Revise response to motion for leave and conference with A. Wolfshohl regarding same. | 1.00 | 350.00 |
| Total  Services | | | 38.70 | $11,296.50 |

## Timekeeper Summary

| Attorney/Legal Assistant | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Amy K. Wolfshohl | Associate | 29.00 | 300.00 | 8,700.00 |
| Darlene D. Sanchez | Paralegal | 1.20 | 175.00 | 210.00 |
| Joshua W. Wolfshohl | Associate | 5.40 | 350.00 | 1,890.00 |
| Kim D. Steverson | Paralegal | 2.40 | 185.00 | 444.00 |

**PORTER HEDGES LLP**

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS 75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | |
|---|---|
| Page | 4 |
| Inv# | 387223 |
| Date | 01/12/12 |
| | 009181-0007 |

| Attorney/Legal Assistant | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Kristen M. Dvorak | Firm | 0.70 | 75.00 | 52.50 |

## Disbursements Summary

| Description | Value |
|---|---|
| Certified Copies | 15.00 |
| Deposition Expense | 196.05 |
| Filing Fee | 16.36 |
| Parking | 6.00 |
| Recording Fee | 32.00 |
| Messenger Service | 10.00 |
| Postage | 15.11 |
| Printing | 122.20 |
| Reproduction | 8.80 |
| Administrative Overtime | 240.30 |
| Long Distance | 1.15 |
| Computer Assisted Legal Research | 443.40 |
| Telecopier | 0.60 |
| Total Expenses | 1,106.97 |

**Total This Invoice**                                        **$12,403.47**

**Balance Forward**                                        **27,961.05**

**Amount Due for this Matter**                              **$40,364.52**

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS  75284-1184

TELECOPIER (713) 228-1331

TELEPHONE (713) 226-0600

| | |
|---|---|
| Inv# | 387223 |
| Date | 01/12/12 |
| | 009181-0007 |
| | JOHN F. HIGGINS |

RON SOMMERS, TRUSTEE
NATHAN SOMMERS JACOBS & GORMAN, P.C.
2800 POST OAK BLVD., 61ST FLOOR
HOUSTON,  TX  77056

TAX ID# 74-2174193

**Endeavour Chapter 7**

## REMITTANCE PAGE

| | |
|---|---|
| **Invoice Total** | **$12,403.47** |
| **Balance Forward** | **27,961.05** |
| **Matter Balance** | **$40,364.52** |

**For payments by wire, please use these wiring instructions:**

**Financial**        Bank Of America, N.A.
                     100 West 33rd Street
                     New York, NY 10001

**Federal Bank Routing for Wires:** RT/ABA#026009593

**Swift Address for Internationl Wires:** BOFAUS3NXXX

**Federal Bank Routing for ACH/EFT:** RT/ABA# 1110-0002-5

**Porter & Hedges, L.L.P. Operating Account No.** 488029754580

**Reference:**  009181-0007

```
######         #                    ### ######
#     #        #                    #   #     #
#     #   #    #              #      #   #     #
#     #        #              #      #   #     #
#     #  ##   ####    #   ##  ##  #####  #   ######
#     #  #   #    #  #   #  # #  #     #  #  #     #
#     #  #   #    #  #   # #  #   #     #  #  #   #
#     #  #   #    #  #   ###  #   #     # # #  #   #
#     #  #   #    #  #   # #  #   #     # # #  #   #
######   ###  ####  #  ## ### #   #   ###  #   #
```

Job : 148
Date: 3/19/2012
Time: 9:17:41 AM

**PORTER HEDGES LLP**

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS  75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | |
|---|---|
| Page | 1 |
| Inv# | 388604 |
| Date | 02/13/12 |
| | 009181-0007 |

JOSHUA W. WOLFSHOHL

RON SOMMERS, TRUSTEE
NATHAN SOMMERS JACOBS & GORMAN, P.C.
2800 POST OAK BLVD., 61ST FLOOR
HOUSTON,  TX  77056

TAX ID# 74-2174193

**Endeavour Chapter 7**

For professional services rendered and related expenses incurred in the above-referenced matter through January, 2012, as follows:

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/03/12 | AKW | Review reply in support of motion for leave to amend claim filed by Contrada and analyze need for a surreply (.3); e-mails with R. Sommers regarding case status (.5); phone conference with R. Sommers regarding same (.3). | 1.10 | 346.50 |
| 01/03/12 | DDS | Update spreadsheet per A. Wolfshohl request (.1) | 0.10 | 18.50 |
| 01/04/12 | AKW | Analyze documents produced by C. Marzano in preparation for compliance hearing on motion to compel. | 0.50 | 157.50 |
| 01/05/12 | JWW | Prepare for and attend status hearing on motion to compel. | 1.30 | 513.50 |
| 01/05/12 | AKW | Prepare for compliance hearing on motion to compel and attend hearing (2.0); review and analyze e-mail from M. Garcia regarding amounts paid on judgments and phone conference with M. Garcia regarding same (.2); begin drafting order awarding sanctions relating to compliance hearing and denial of motion to withdraw deemed admissions (1.1). | 3.30 | 1,039.50 |
| 01/06/12 | JWW | Phone conference with T. Watson regarding mediation of construction defect claims (.2); review docket and conference with A. Wolfshohl regarding trial issues (.4). | 0.60 | 237.00 |
| 01/06/12 | AKW | Finalize and file Order Awarding Sanctions. | 0.40 | 126.00 |
| 01/09/12 | JWW | Emails and phone conferences regarding mediation in construction defect case and division of proceeds (.6); emails with K. Steverson regarding finalizing claim objections for filing (.1); emails and phone | 1.00 | 395.00 |

**PORTER HEDGES LLP**

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS  75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | | |
|---|---|---|
| Page | | 2 |
| Inv# | | 388604 |
| Date | | 02/13/12 |
| | | 009181-0007 |

| | | | | |
|---|---|---|---|---|
| | | conference with A. Wolfshohl regarding open issues in adversary proceeding (.3). | | |
| 01/09/12 | AKW | Review motion to reconsider sanctions order. | 0.30 | 94.50 |
| 01/10/12 | DDS | Prepare request for hearing transcripts. Telephone call to court reporting service regarding payment of costs.  Submit request via facsimile. | 0.50 | 92.50 |
| 01/10/12 | KDS | Review and revise claim objections. | 2.10 | 409.50 |
| 01/11/12 | JWW | Meet with K. Steverson and finalize claim objections and affidavits. | 0.80 | 316.00 |
| 01/11/12 | KDS | PACER research to obtain exhibits for claims objections; revise affidavits and draft email to R. Sommers transmitting same; further revisions to affidavits and emails to M. Garcia transmitting same. | 3.60 | 702.00 |
| 01/12/12 | KDS | Revise claim objections; telephone conversation with R. Stennis regarding hearing date for objections. | 2.10 | 409.50 |
| 01/13/12 | JWW | Meet with K. Steverson regarding finalizing and filing claim objections (.2); emails with D. Brown regarding same and status of Arnett claim objection (.1). | 0.30 | 118.50 |
| 01/13/12 | KDS | Revise, finalize and electronically file claim objections and coordinate service of same. | 3.50 | 682.50 |
| 01/17/12 | JWW | Conference with claimant regarding status of claim and objection (.4); review claim objection and emails regarding same (.2); conference with R. Sommers regarding mediation and division of proceeds (.3). | 0.90 | 355.50 |
| 01/17/12 | KDS | Draft email to R. Stennis regarding filing claim objections; review, revise and finalize Endeavour GP objection and exhibits and coordinate filing and service of same. | 1.60 | 312.00 |
| 01/18/12 | JWW | Phone conferences with D. Miller regarding meeting to discuss resolution of claim allocation (.8); emails with R. Sommers and phone conference regarding same (.2). | 1.00 | 395.00 |
| 01/23/12 | DDS | Follow up telephone call with court reporter to | 0.10 | 18.50 |

**PORTER HEDGES LLP**

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS 75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | | | Page | 3 |
|---|---|---|---|---|
| | | | Inv# | 388604 |
| | | | Date | 02/13/12 |
| | | | | 009181-0007 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | confirm on time delivery of requested hearing transcript. Advise A. Wolfshohl accordingly (.1) | | |
| 01/24/12 | AKW | Review Wells Fargo documents produced by Contrada in preparation for response to motion for reconsideration of sanctions. | 0.20 | 63.00 |
| 01/24/12 | DDS | Email and telephone calls to and from court reporter to confirm receipt of transcript. Confer with A. Wolfshohl regarding same. | 0.30 | 55.50 |
| 01/25/12 | JWW | Meet with B. Rizzo, T. McClosky and A. Wolfshohl regarding status of pending construction defect litigation (1.5); review settlement offer from Arnetts and emails regarding same (.2); meet with A. Wolfshohl regarding response to motion to reconsider sanction order (.4). | 2.10 | 829.50 |
| 01/25/12 | AKW | Review transcript from compliance hearing in preparation for drafting the response to the motion to reconsider (.3); begin drafting response to motion to reconsider (3.7). | 4.00 | 1,260.00 |
| 01/26/12 | JWW | Phone conference with R. Sommers regarding strategy regarding construction defect claims (.6); emails with D. Brown regarding Arnetts claim and resolution (.4); meet with A. Wolfshohl regarding researching construction defect claim issue and objection to motion to reconsider (.7); review Rule 59 standard and emails with A. Wolfshohl regarding same (.3). | 2.00 | 790.00 |
| 01/26/12 | AKW | Continue to draft response to motion for reconsideration (1.7); research regarding standard for motion (.9). | 2.60 | 819.00 |
| 01/27/12 | JWW | Emails regarding Arnetts claim and resolution (.4); review and revise response to motion to reconsider (.8); conference with A. Wolfshohl regarding same and remaining discovery deficiencies (.2); phone conference with W. Cicak regarding WonMore claim and settlement options with Condo Association (.4); meet with A. Wolfshohl regarding same (.2). | 2.00 | 790.00 |
| 01/27/12 | AKW | Continue drafting response to motion to reconsider | 4.20 | 1,323.00 |

**PORTER HEDGES LLP**

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS  75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

Page            4
Inv#        388604
Date        02/13/12
009181-0007

---

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | (.5); begin research regarding estate's entitlement to construction defect recovery (3.7). |  |  |
| 01/30/12 | JWW | Emails with T. Leffert and conference with A. Wolfshohl regarding continued compliance issues (.4); review and revise response to motion for reconsideration (.3). | 0.70 | 276.50 |
| 01/30/12 | AKW | Finalize and file response to motion to reconsider (.9); e-mail with opposing counsel regarding Banco Popular statements (.2); review partial production of Banco Popular statements (.4). | 1.50 | 472.50 |
| 01/30/12 | DDS | Coordinate upload of Marzano document production to Summation (.2) Email to A. Wolfshohl regarding same. (.1) | 0.30 | 55.50 |
| 01/30/12 | KMD | Migrate and manually import Marzano Popular0000001 - Marzano Popular0000181 into Summation per D. Sanchez's request. | 0.30 | 22.50 |
| 01/31/12 | KMD | Migrate and manually import Marzano Popular0000182 - Marzano Popular0000507 into Summation per D. Sanchez's request. | 0.40 | 30.00 |
| | Total  Services | | 45.70 | $13,526.50 |

## Timekeeper Summary

| Attorney/Legal Assistant | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Amy K. Wolfshohl | Associate | 18.10 | 315.00 | 5,701.50 |
| Darlene D. Sanchez | Paralegal | 1.30 | 185.00 | 240.50 |
| Joshua W. Wolfshohl | Partner | 12.70 | 395.00 | 5,016.50 |
| Kim D. Steverson | Paralegal | 12.90 | 195.00 | 2,515.50 |
| Kristen M. Dvorak | Firm | 0.70 | 75.00 | 52.50 |

## Disbursements Summary

| Description | Value |
|---|---|
| Court Reporter Expense | 212.50 |

**PORTER HEDGES LLP**

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS 75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | |
|---|---|
| Page | 5 |
| Inv# | 388604 |
| Date | 02/13/12 |
| | 009181-0007 |

| Description | Value |
|---|---|
| Delivery Service | 10.60 |
| Messenger Service | 5.00 |
| Postage | 148.27 |
| Printing | 39.30 |
| Reproduction | 328.20 |
| Long Distance | 0.75 |
| Computer Assisted Legal Research | 711.47 |
| Telecopier | 0.40 |
| Total Expenses | 1,456.49 |

**Total This Invoice** **$14,982.99**

**Balance Forward** **40,364.52**

**Amount Due for this Matter** **$55,347.51**

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS 75284-1184

TELECOPIER (713) 228-1331

TELEPHONE (713) 226-0600

Inv#      388604
Date     02/13/12
009181-0007

JOSHUA W. WOLFSHOHL

RON SOMMERS, TRUSTEE
NATHAN SOMMERS JACOBS & GORMAN, P.C.
2800 POST OAK BLVD., 61ST FLOOR
HOUSTON,  TX  77056

TAX ID# 74-2174193

**Endeavour Chapter 7**

---

## REMITTANCE PAGE

| | |
|---|---|
| **Invoice Total** | **$14,982.99** |
| **Balance Forward** | **40,364.52** |
| **Matter Balance** | **$55,347.51** |

**For payments by wire, please use these wiring instructions:**

**Financial**      Bank Of America, N.A.
                  100 West 33rd Street
                  New York, NY 10001

**Federal Bank Routing for Wires:** RT/ABA#026009593

**Swift Address for Internationl Wires:** BOFAUS3NXXX

**Federal Bank Routing for ACH/EFT:** RT/ABA# 1110-0002-5

**Porter & Hedges, L.L.P. Operating Account No.** 488029754580

**Reference:**  009181-0007

```
######        #                      ###  ######
#    #                #                      #    #      #
#    #      #         #           #           #    #      #
#    #                #                 #     #    #      #
#    #     ##    ####  #    ##   ##   #####    #    ######
#    #     #    #     #  #   #    #    #    #    #   #
#    #     #    #     #  #   # #    #    #    #    #   #
#    #     #    #     ###   #    #   #   #   #    #       #
#    #     #    #    #  #  #    #    #  #   #   #       #
######        ###   ####  #    ##   ###   #    #   ###   #       #
```

```
Job : 152
Date: 3/19/2012
Time: 9:18:02 AM
```

**PORTER HEDGES LLP**

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS  75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | |
|---|---|
| Page | 1 |
| Inv# | 390522 |
| Date | 03/08/12 |
| | 009181-0007 |

JOSHUA W. WOLFSHOHL

RON SOMMERS, TRUSTEE
NATHAN SOMMERS JACOBS & GORMAN, P.C.
2800 POST OAK BLVD., 61ST FLOOR
HOUSTON, TX 77056

TAX ID# 74-2174193

**Endeavour Chapter 7**

---

For professional services rendered and related expenses incurred in the above-referenced matter through February, 2012, as follows:

| 02/01/12 | JWW | Phone conference with D. Miller regarding settlement strategy and meeting with Condo Association (.4); emails and phone conferences regarding pending claim objection issues (.5); meet with A. Wolfshohl regarding case (.4). | 1.30 | 513.50 |
|---|---|---|---|---|
| 02/01/12 | JNE | Teleconference with counsel for Pillar construction regarding response to objection to claim. | 0.30 | 105.00 |
| 02/01/12 | AKW | Begin drafting pre-trial statement (1.0); research regarding duties owned by limited and general partners (1.0); research regarding equitable subordination (1.0); review reply in support of Contrada's motion for reconsideration (1.0). | 4.00 | 1,260.00 |
| 02/02/12 | JWW | Phone conference with M. Schneider regarding claim objection and status of 503(b) claim (.4); review reply filed by Contrada and conference with A. Wolfshohl regarding same (.5); review ruling on MSJ and pleadings by Contrada and meet with A. Wolfshohl and M. Vaughn regarding same (1.0); review responses to claim objections and conference with J. Eppich regarding same (.4); emails regarding resolving Bansal claim (.2). | 2.50 | 987.50 |
| 02/02/12 | AKW | Research regarding effect of Contrada's subordination claim to Regions Bank's claim; review Regions Bank loan documents in connection with same. | 3.00 | 945.00 |
| 02/02/12 | KDS | Draft Agreed Order on Bansal Claim Objection | 0.60 | 117.00 |
| 02/03/12 | JWW | Conference with A. Wolfshohl regarding subordination issue and conference with M. Vaughn | 1.00 | 395.00 |

**PORTER HEDGES LLP**

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS 75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | | | Page | 2 |
|---|---|---|---|---|
| | | | Inv# | 390522 |
| | | | Date | 03/08/12 |
| | | | | 009181-0007 |

| | | | | |
|---|---|---|---|---|
| | | regarding same (.6); research similar issue in prior case (.4). | | |
| 02/03/12 | AKW | Continue drafting pretrial statement in Contrada case. | 3.00 | 945.00 |
| 02/03/12 | DDS | Review Summation to identify all bank statements for in compilation of Bank Statement notebook for A. Wolfshohl (2.0); Tag and begin print request for all bank statements (.8) | 2.80 | 518.00 |
| 02/03/12 | KDS | Revise agreed order on Bansal Objection. | 0.20 | 39.00 |
| 02/06/12 | JWW | Review responses to claim objections and phone conference with B. Rizzo regarding same (.6); meet with J. Eppich regarding hearing on same (.3); conference with A. Wolfshohl regarding trial preparation (.4). | 1.30 | 513.50 |
| 02/06/12 | AKW | Continue drafting pretrial statement (2.0); research regarding constructive trust (2.2). | 4.20 | 1,323.00 |
| 02/06/12 | DDS | Continue compilation of bank statements for notebook (3.3)  Begin assembly of discovery notebook including disclosures and current pleadings (2.7) | 6.00 | 1,110.00 |
| 02/07/12 | JWW | Meet with J. Eppich regarding claim objection hearings and proposed order (.3); review and revise order (.1); review order on motion to reconsider and meet with A. Wolfshohl regarding same and trial preparation (.9). | 1.30 | 513.50 |
| 02/07/12 | JNE | Draft agreed orders on claim objections for Pillar Construction (.5) and Power Plumbing (.5); conference with J. Wolfshohl regarding same (.2); email to opposing counsels regarding same (.2) | 1.40 | 490.00 |
| 02/07/12 | AKW | Continue drafting pretrial order (.9); review order denying defendants' motion to reconsider Court's order of sanction and e-mails with R. Sommers regarding same (.7); begin selecting trial exhibits (1.2). | 2.80 | 882.00 |
| 02/07/12 | DDS | Complete compilation of pleadings and discovery notebook and associated index (1.2); continue to compile bank statement charts and associated | 8.00 | 1,480.00 |

**PORTER HEDGES LLP**

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS  75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | |
|---|---|
| Page | 3 |
| Inv# | 390522 |
| Date | 03/08/12 |
| | 009181-0007 |

| | | | | |
|---|---|---|---|---|
| | | notebooks (6.8) | | |
| 02/07/12 | KDS | Finalize and electronically file Agreed Order on Bansal Objection (.3); email to J. Eppich regarding claim objections (.2). | 0.50 | 97.50 |
| 02/08/12 | JWW | Meet with A. Wolfshohl regarding trial preparation, review of documents and pretrial statement (.6); review documents regarding same (.3). | 0.90 | 355.50 |
| 02/08/12 | AKW | Continue drafting pretrial order and selecting trial exhibits. | 5.60 | 1,764.00 |
| 02/08/12 | DDS | Revise and update pleadings notebook and associated indices (2.0); continue compilation of bank statement notebooks (6.3) | 8.30 | 1,535.50 |
| 02/08/12 | KDS | Review file and PACER research regarding status of claims objections. | 0.80 | 156.00 |
| 02/08/12 | RVG | Copy email PST files from multiple discs and load onto firm laptop for attorney review | 3.20 | 560.00 |
| 02/09/12 | JWW | Emails and phone conference regarding pending claim objections and revise agreed orders regarding same (.8); review file, draft settlement email to Contrada's counsel and meet with A. Wolfshohl regarding same (1.0); meet with A. Wolfshohl regarding damage model and trial preparation (.4). | 2.20 | 869.00 |
| 02/09/12 | JNE | Emails and teleconferences with C. Kecum regarding agreed order on Pillar Construction and edits to same (1); Draft order on Power Plumbing claim objection (.5). | 1.50 | 525.00 |
| 02/09/12 | AKW | Continue selecting exhibits for trial. | 6.50 | 2,047.50 |
| 02/09/12 | DDS | Finalize bank statement and pleadings notebooks and associated indices (1.0); begin coding Summation database in anticipation of trial (2.8);review and compare exhibits to Trustee's Motion for Partial Summary Judgment to database to ascertain if all were incorporated therein (.8); prepare exhibits for upload to database (.2)coordinate with Litigation Support to have necessary exhibits uploaded to database (.2) | 5.00 | 925.00 |
| 02/09/12 | KDS | Revise finalize and electronically file Agreed Order | 0.30 | 58.50 |

**PORTER HEDGES LLP**

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS 75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | | | Page | 4 |
|---|---|---|---|---|
| | | | Inv# | 390522 |
| | | | Date | 03/08/12 |
| | | | | 009181-0007 |

| | | | | |
|---|---|---|---|---|
| | | on Power Plumbing. | | |
| 02/09/12 | KMD | Migrate and manually import TRUSTEE ID001267 - TRUSTEE ID001600 into Summation per D. Sanchez's request. | 0.40 | 30.00 |
| 02/09/12 | RVG | Convert and load documents (Trustee ID001601 - 1676) into Summation database for attorney review | 0.40 | 70.00 |
| 02/10/12 | JWW | Meet with A. Wolfshohl regarding case preparation (.5); phone conference with R. Stennis regarding claim objection hearings (.1); emails with K. Steverson regarding preparation for same (.2); review revisions to agreed order and emails regarding same (.1). | 0.90 | 355.50 |
| 02/10/12 | AKW | Continue drafting partial statement (1.8); continue selecting trial exhibits (4.1). | 5.90 | 1,858.50 |
| 02/10/12 | DDS | Continue to code and add exhibits to Summation database (6.8); review Endeavour files and pull boxes containing purchasers files and give to A. Wolfshohl for use and review in ongoing case preparations (.5) | 7.30 | 1,350.50 |
| 02/10/12 | KMD | Migrate and manually import EM TRUSTEE 000020 - EM TRUSTEE 000023 into Summation per D. Sanchez's request. | 0.20 | 15.00 |
| 02/10/12 | KMD | Migrate and manually import TURET 002145 - TURET 002151 and TRUSTEE ID001677 - TRUSTEE ID001894 into Summation per D. Sanchez's request. | 0.90 | 67.50 |
| 02/13/12 | JWW | Emails and phone conferences regarding finalizing agreed orders on claim objections (.3); review pleadings and summary judgment order and emails with T. Leffert regarding settlement (1.0); phone conferences with A. Wolfshohl and emails regarding same (.3); review and revise pretrial statement (.5). | 2.10 | 829.50 |
| 02/13/12 | JNE | Negotiate and draft agreed order for Pillar Construction. | 1.50 | 525.00 |
| 02/13/12 | AKW | Draft motion to compromise Arnetts' claim (2.5); research regarding judicial admission and e-mails | 3.60 | 1,134.00 |

**PORTER HEDGES LLP**

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS  75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | | | | |
|---|---|---|---|---|
| | | | Page | 5 |
| | | | Inv# | 390522 |
| | | | Date | 03/08/12 |
| | | | | 009181-0007 |

|  |  |  |  |  |
|---|---|---|---|---|
| | | with J. Wolfshohl regarding same (1.1). | | |
| 02/13/12 | KDS | Review revise and finalize orders on claim objections and file same with the Bankruptcy Court. | 0.50 | 97.50 |
| 02/13/12 | RVG | Process emails extracted from PST files into TIFF images, OCR and load into Summation database | 1.90 | 332.50 |
| 02/14/12 | JWW | Several emails with counsel regarding settlement (.3); meet with A. Wolfshohl regarding same and trial preparation (.6); draft and revise pretrial statement and email to T. Leffert regarding same (1.2); review responses to claim objections and emails with K. Bartley regarding continuance and settlement prospects (.5). | 2.60 | 1,027.00 |
| 02/14/12 | AKW | Review summary judgment transcript for subordination reference (.90); continue selecting trial exhibits (2.0); phone conference with R. Bauman regarding collection on Abobo (.1). | 3.00 | 945.00 |
| 02/14/12 | KDS | Review files and PACER and draft agenda for claim objection hearings and prepare for hearings. | 2.00 | 390.00 |
| 02/15/12 | JWW | Phone conference with R. Sommers regarding claims resolution (.2); phone conference with W. Cicak regarding WonMore issues and settlement of insurance claims (.3); reveiw claims docket and prepare distribution analysis in connection with settlement discussions and email settlement offer to T. Leffert (2.5); several conferences with A. Wolfshohl regarding same and settlement strategy (1.4); phone conference with A. Leffert and emails regarding same (.6); phone conference with R. Sommers regarding same (.3). | 5.30 | 2,093.50 |
| 02/15/12 | AKW | Provide comments to J. Wolfshohl relating to settlement offer to Contrada (.3); continue to select documents for inclusion as exhibits (.9); begin drafting findings of fact and conclusions of law (.9); phone conference with J. Epstein regarding Contrada claim (.2). | 3.30 | 1,039.50 |
| 02/15/12 | DDS | Continue to code exhibits in Summation (1.4); coordinate the upload of exhibits to Summation (.8); prepare several exhibits for upload to Summation | 4.40 | 814.00 |

**PORTER HEDGES LLP**

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS 75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

Page          6
Inv#       390522
Date      03/08/12
          009181-0007

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | (1.0);review Summation to prior to exhibit upload to rule out duplicates (.3)access PACER and obtain copies of docket numbers 259 and 295 with associated signed orders for use as exhibits (.2);draft subpoenas for Marzano and Parsley (.7) | | |
| 02/15/12 | KDS | Revise Agenda and prepare for hearings. | 1.30 | 253.50 |
| 02/16/12 | JWW | Conference with B. Rizzo regarding construction defect claims (.3); meet with A. Wolfshohl and several settlement emails with A. Leffert (1.0); phone conference with R. Sommers regarding same (.1). | 1.40 | 553.00 |
| 02/16/12 | AKW | Continue drafting findings of fact and conclusions of law (1.5); begin drafting motion to compromise with Contrada (2.0). | 3.50 | 1,102.50 |
| 02/16/12 | DDS | Continue work on trial exhibit preparation and coding (3.5); coordinate uploads to Summation (.5); confer with A. Wolfshohl regarding ongoing assignments.(.3) | 4.30 | 795.50 |
| 02/17/12 | JWW | Prepare for and attend hearings on claim objections (1.8); several emails and phone conferences regarding settlement (1.8); meet with A. Wolfshohl regarding final terms (.3). | 3.90 | 1,540.50 |
| 02/17/12 | AKW | Continue drafting motion to compromise with Arnetts (.5); continue drafting motion to compromise with Contrada (1.2); revise motion to compromise with Contrada to include claims against Marzano (.3). | 2.00 | 630.00 |
| 02/17/12 | KDS | Organize documents and prepare for hearing on claim objections. | 0.60 | 117.00 |
| 02/20/12 | JWW | Conference with A. Wolfshohl and review and revise 9019 motion and agreed judgment (2.0); reveiw notice of settlement and emails with A. Wolfshohl and T. Leffert regarding same (.4). | 2.40 | 948.00 |
| 02/20/12 | AKW | Continue to revise motion to compromise to include settlement with C. Marzano (.4); research regarding act of limited liability company relating to V. Abobo judgment (1.0). | 1.40 | 441.00 |

**PORTER HEDGES LLP**

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS  75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | |
|---|---|
| Page | 7 |
| Inv# | 390522 |
| Date | 03/08/12 |
| | 009181-0007 |

| | | | | |
|---|---|---|---|---|
| 02/21/12 | JWW | Emails with T. Leffert regarding revisions to 9019 and conferences with A. Wolfshohl regarding same (.3); phone conference with R. Stennis regarding settlement and 2/29 hearings (.1); phone conference with B. Rizzo regarding settlement and status of open issues (.2). | 0.60 | 237.00 |
| 02/21/12 | AKW | Finalize Motion to Compromise and e-mails with R. Sommers and J. Wolfshihl regarding same (1.1); phone conference with R. Sommers regarding same (.2). | 2.30 | 724.50 |
| 02/23/12 | JWW | Emails regarding settlement issues. | 0.20 | 79.00 |
| 02/23/12 | KDS | Review and revise settlement motion (.4); email to A. Wolfshohl regarding service of settlement motion (.1). | 0.50 | 97.50 |
| 02/29/12 | JWW | Pretrial and sanctions hearings, announce settlement. | 1.80 | 711.00 |
| | Total  Services | | 150.90 | $42,235.00 |

**Timekeeper Summary**

| Attorney/Legal Assistant | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Amy K. Wolfshohl | Associate | 54.10 | 315.00 | 17,041.50 |
| Darlene D. Sanchez | Paralegal | 46.10 | 185.00 | 8,528.50 |
| Joshua N. Eppich | Associate | 4.70 | 350.00 | 1,645.00 |
| Joshua W. Wolfshohl | Partner | 31.70 | 395.00 | 12,521.50 |
| Kim D. Steverson | Paralegal | 7.30 | 195.00 | 1,423.50 |
| Kristen M. Dvorak | Firm | 1.50 | 75.00 | 112.50 |
| Ramiro V. Gonzalez | Firm | 5.50 | 175.00 | 962.50 |

**Disbursements Summary**

| Description | Value |
|---|---|
| Deposition Expense | 107.00 |

**PORTER HEDGES LLP**

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS 75284-1184

TELECOPIER (713) 228-1331
TELEPHONE (713) 226-6000

| | |
|---|---|
| Page | 8 |
| Inv# | 390522 |
| Date | 03/08/12 |
| | 009181-0007 |

| Description | Value |
|---|---|
| Postage | 195.70 |
| Printing | 279.60 |
| Reproduction | 468.80 |
| Long Distance | 0.28 |
| Computer Assisted Legal Research | 1,058.91 |
| Total Expenses | 2,110.29 |

**Total This Invoice** <u>**$44,345.29**</u>

**Balance Forward** **55,347.51**

**Amount Due for this Matter** <u>**$99,692.80**</u>

# PORTER HEDGES LLP

A REGISTERED LIMITED LIABILITY PARTNERSHIP

BANK LOCKBOX

P.O. BOX 841184
DALLAS, TEXAS 75284-1184

TELECOPIER (713) 228-1331

TELEPHONE (713) 226-0600

| | |
|---|---|
| Inv# | 390522 |
| Date | 03/08/12 |
| | 009181-0007 |

JOSHUA W. WOLFSHOHL

RON SOMMERS, TRUSTEE
NATHAN SOMMERS JACOBS & GORMAN, P.C.
2800 POST OAK BLVD., 61ST FLOOR
HOUSTON,  TX  77056

TAX ID# 74-2174193

**Endeavour Chapter 7**

---

## REMITTANCE PAGE

| | |
|---|---|
| **Invoice Total** | **$44,345.29** |
| **Balance Forward** | **55,347.51** |
| **Matter Balance** | **$99,692.80** |

**For payments by wire, please use these wiring instructions:**

**Financial**          Bank Of America, N.A.
                       100 West 33rd Street
                       New York, NY 10001

**Federal Bank Routing for Wires:** RT/ABA#026009593

**Swift Address for Internationl Wires:** BOFAUS3NXXX

**Federal Bank Routing for ACH/EFT:** RT/ABA# 1110-0002-5

**Porter & Hedges, L.L.P. Operating Account No.** 488029754580

**Reference:**  009181-0007