## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ENDEAVOUR HIGHRISE, L.P., | § | CASE NO. 09-33151 |
| | § | |
| | § | (Chapter 7) |
| DEBTOR. | § | |
| | § | |

### CENTERPOINT ENERGY RESOURCES CORP. MOTION FOR WITHDRAWAL
### AND DISBURSEMENT OF FUNDS

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING. REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

CenterPoint Energy Resources Corp. d/b/a CenterPoint Energy Texas Gas ("CenterPoint"), moves this Court for an Order directing the Clerk to withdraw the amount of $8,540.11 ("Funds"), from the registry of the Court and disburse the funds to: CenterPoint Energy Resources Corp., P.O. Box 2628, Houston, TX 77252.

**I.      Jurisdiction, Venue, and Constitutional Authority To Enter A Final Order**

1.      The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This is

a core proceeding under 28 U.S.C. § 157(b) (2). The venue of this case and this motion is proper under 28 U.S.C. §§ 1408 and 1409.

II.                              **Factual Background**

2.      On September 4, 2009, CenterPoint timely filed its Proof of Claim in this Chapter 7 case to recover for $71,623.66 in prepetition natural gas service to the Debtor.

3.      No objection to the claim was filed and the claim became an allowed claim as stated in the Trustee's Final Report filed on April 15, 2013 (Doc. No. 594).

4.      On October 4, 2013, the Trustee filed an Application to Deposit Unclaimed Funds (Doc. No. 601), listing a distribution to CenterPoint of $8,540.11 as unclaimed.  The Court granted the application by Order entered October 21, 2013 (Doc. No. 604).

5.      As indicated in the Trustee's Application, CenterPoint is entitled to receive the funds as a distribution on its allowed claim.  Thus, CenterPoint is seeking an Order directing the clerk to withdraw the $8,540.11 from the registry of the Court and disburse it to CenterPoint.

WHEREFORE, CenterPoint respectfully requests the Court enter an order directing the clerk to release $8,540.11 from the registry of the Court and disburse the funds to: CenterPoint Energy Resources Corp., P.O. Box 2628, Houston, TX 77252.

Respectfully submitted,

By: _____
ROBERT W. CLAUDE
TX Federal ID # 3515
1111 Louisiana St., Ste. 4661
Houston, TX 77002
PO Box 2628
Houston, TX 77252-2628
Telephone: 713.207.5603
Facsimile: 713.207.0101
ATTORNEY OF RECORD FOR
CENTERPOINT ENERGY
RESOURCES CORP. d/b/a
CENTERPOINT ENERGY
TEXAS GAS

## CERTIFICATE OF SERVICE

I hereby certify that on June 12 2014, I sent a true and correct copy of the above and foregoing *MOTION FOR ORDER FOR WITHDRAWAL AND DISBURSEMENT OF FUNDS* via the Court's ECF notification system on the parties listed below and via First Class Mail to the U.S. Trustee (U. S. Trustee, at 515 Rusk Avenue, Suite 3516, Houston, Texas 77002) and the United States Attorney for the Southern District of Texas (U.S. Attorney's Office Southern District of Texas, 1000 Louisiana, Ste. 2300, Houston, TX 77002).

ROBERT W. CLAUDE

**09-33151 Notice will be electronically mailed to:**

Ben L Aderholt on behalf of Creditor Melton Electric, Inc.
baderholt@lrmlaw.com, aarmstrong@lrmlaw.com, jvirene@lrmlaw.com

Terrance P Baggott on behalf of Respondent Andrew
Rosenberg tpbaggott@sbcglobal.net

Kimberly Anne Bartley on behalf of Creditor Beverly D. Bernard Living Trust of 1999
kbartley@ws-law.com, linda@ws-law.com

Kimberly Anne Bartley on behalf of Creditor Amit and Jo D. Bansal
kbartley@ws-law.com, linda@ws-law.com

Kimberly Anne Bartley on behalf of Creditor Audie & Susan Setters
kbartley@ws-law.com, linda@ws-law.com

Kimberly Anne Bartley on behalf of Creditor Gene & Donna Tromblee
kbartley@ws-law.com, linda@ws-law.com

Kimberly Anne Bartley on behalf of Creditor Ghazi & Mary Hashem
kbartley@ws-law.com, linda@ws-law.com

Kimberly Anne Bartley on behalf of Creditor Herb & Lynn Brannan
kbartley@ws-law.com, linda@ws-law.com

Kimberly Anne Bartley on behalf of Creditor James Dickson
kbartley@ws-law.com, linda@ws-law.com

Kimberly Anne Bartley on behalf of Creditor James Lee
kbartley@ws-law.com, linda@ws-law.com

Kimberly Anne Bartley on behalf of Creditor Les & Melanie Thompson
kbartley@ws-law.com, linda@ws-law.com

Kimberly Anne Bartley on behalf of Creditor Lorenzo & Julie Madrid
kbartley@ws-law.com, linda@ws-law.com

Kimberly Anne Bartley on behalf of Creditor Robert Ayres
kbartley@ws-law.com, linda@ws-law.com

Kimberly Anne Bartley on behalf of Creditor Sam Sinno
kbartley@ws-law.com, linda@ws-law.com

William Book on behalf of 3rd Pty Defendant Titon, Inc.
wbook@tekellbook.com

Deirdre Carey Brown on behalf of Creditor Robert Arnett
brown@hooverslovacek.com; welborn@hooverslovacek.com;
bankruptcy1@hooverslovacek.com; deirdrecbrown@yahoo.com

Craig Harwyn Cavalier on behalf of Interested Party Amerifund Capital Development, LLC
ccavalier@cavalierlaw.com

Bradley E Chambers on behalf of Creditor TRC Companies Inc
bchambers@bakerdonelson.com; lhodges@bakerdonelson.com

William S Chesney, III on behalf of 3rd Party Plaintiff William V. Condrey, P.C.
wchesney@felct.com

William S Chesney, III on behalf of Plaintiff William V. Condrey, P.C.
wchesney@felct.com

William S Chesney, III on behalf of Spec. Counsel Frank, Elmore, Lievens, Chesney & Turet, L.L.P.
wchesney@felct.com

Walter J Cicack on behalf of Interested Party Herbert B. Richardson
wcicack@hmgllp.com, mallen@hmgllp.com

Walter J Cicack on behalf of Plaintiff WonMore, Ltd.
wcicack@hmgllp.com, mallen@hmgllp.com

Walter J Cicack on behalf of Respondent NASA Clear Lake Condominium Association, Inc.
wcicack@hmgllp.com, mallen@hmgllp.com

Walter J Cicack on behalf of Respondent Peak Real Estate Management, L.L.C.
wcicack@hmgllp.com, mallen@hmgllp.com

Walter J Cicack on behalf of Respondent WonMore, Ltd.
wcicack@hmgllp.com, mallen@hmgllp.com

Kevin James Connolly on behalf of 3rd Pty Defendant Oldcastle BuildingEnvelope, Inc.
kconnolly@bakerlaw.com, knash@bakerlaw.com

Brian Heath Crockett on behalf of Creditor Chamberlin Houston, Ltd.
bcrockett@newton-lawyers.com

John P Dillman on behalf of Creditor Harris County
Houston_bankruptcy@publicans.com

Hector Duran on behalf of U.S. Trustee US Trustee
hector.duran.jr@usdoj.gov

Magdalaine S Ebeade on behalf of Creditor Chamberlin Houston, Ltd.
maggie@cagehill.com

Joseph G Epstein on behalf of Creditor Regions Bank
jepstein@winstead.com, pschneller@winstead.com

David Adam Fettner on behalf of Creditor Al Sahli Investments, Inc. dba DE Flooring
DAF@TheFettnerLawFirm.com, daftex@sbcglobal.net

Hollye Carson Fisk on behalf of Defendant C/O Brit Perkins EDI Architecture, Inc.
hfisk@fiskfielder.com, cgamell@fiskfielder.com; sharris@fiskfielder.com

James William Freyer on behalf of Creditor Tom Watson
jwfreyer@email.msn.com

Gary G Green on behalf of Creditor Supreme Systems, Inc. d/b/a Supreme Roofing Systems
gary.green@zurichna.com

William T Green, III on behalf of Creditor c/o William T. Green Power Plumbing, LP
uncbill@msn.com

William T Green, III on behalf of Defendant Power Plumbing, Inc. f/k/a Power Plumbing,
L.P.
uncbill@msn.com

Tara L Grundemeier on behalf of Creditor Harris County
houston_bankruptcy@publicans.com

John Douglas Herberger on behalf of Creditor Factory Builder Stores, Ltd.
john@herbergerlaw.com, sandie@herbergerlaw.com

Matthew Hoffman on behalf of Debtor Endeavour Highrise, L.P.
mhecf@aol.com

Donald M. Hudgins on behalf of Creditor Mario Cantu Superior Stucco Systems
dhudgins@hudgins-law.com; dwood@hudgins-law.com; npetrelli@hudginslaw.com;
mabshire@hudgins-law.com

Donald M. Hudgins on behalf of Defendant Mario Cantu d/b/a Superior Stucco Systems
dhudgins@hudgins-law.com; dwood@hudgins-law.com; npetrelli@hudginslaw.com;
mabshire@hudgins-law.com

William P Huttenbach on behalf of Creditor Custom Components, LLC
phuttenbach@hirschwest.com; rsimpson@hirschwest.com; mholmes@hirschwest.com;
ahomer@hirschwest.com; jbass@hirschwest.com; mgalla@hirschwest.com;
meckart@hirschwest.com

James Nathan Isbell on behalf of 3rd Party Plaintiff Elmore Interests, L.P. d/b/a Admiral
Glass & Mirror
jamesisbell@thompsoncoe.com; tshirey@thompsoncoe.com; ldeguerre@thompsoncoe.com;
jyacuk@thompsoncoe.com; jrichardson@thompsoncoe.com

James Nathan Isbell on behalf of 3rd Pty Defendant Elmore Interests, L.P. d/b/a Admiral
Glass & Mirror
jamesisbell@thompsoncoe.com, tshirey@thompsoncoe.com; ldeguerre@thompsoncoe.com;
jyacuk@thompsoncoe.com; jrichardson@thompsoncoe.com

James Nathan Isbell on behalf of Defendant Elmore Interests, L.P. d/b/a Admiral Glass &
Mirror
jamesisbell@thompsoncoe.com; tshirey@thompsoncoe.com; ldeguerre@thompsoncoe.com;
jyacuk@thompsoncoe.com; jrichardson@thompsoncoe.com

Pamela Gale Johnson on behalf of 3rd Pty Defendant Oldcastle BuildingEnvelope, Inc.
pjohnson@bakerlaw.com, cmchenry@bakerlaw.com

Pamela Gale Johnson on behalf of 3rd Pty Defendant Oldcastle Glass Engineered Products,
Inc. n/k/a Oldcastle Building Envelope, Inc.
pjohnson@bakerlaw.com; cmchenry@bakerlaw.com

Pamela Gale Johnson on behalf of 3rd Pty Defendant Texas Wall Systems, Inc. n/k/a
Oldcastle BuildingEnvelope, Inc.
pjohnson@bakerlaw.com; cmchenry@bakerlaw.com

Owen S Jones on behalf of Defendant Marquise Pools, LLC
owenjoneslaw@yahoo.com

Cara Doak Kennemer on behalf of Creditor Pillar Construction, Inc.
carak@gucl.com

Marcy E Kurtz on behalf of Attorney Bracewell & Giuliani LLP
marcy.kurtz@bgllp.com; gale.gattis@bgllp.com; laura.venta@bgllp.com

Anthony L Leffert on behalf of Defendant Carlo Marzano
aleffert@rwolaw.com; egarfield@rwolaw.com; lmontoya@rwolaw.com

Anthony L Leffert on behalf of Defendant Contrada, Inc.
aleffert@rwolaw.com; egarfield@rwolaw.com; lmontoya@rwolaw.com

Charles E Long on behalf of Creditor Endeavour Condominium Association, Inc.
CharlesLong@MehaffyWeber.com; EDocket@MehaffyWeber.com;
QianaMoore@mehaffyweber.com

John Daniel Long on behalf of Interested Party Burns and Burns, Inc. d/b/a Astro Fence
Company
dlong@cjmlaw.com; cforbes@cjmlaw.com

Timothy M McCloskey on behalf of Plaintiff David R. Jones
tmccloskey@cmrllp.com; swarren@cmrllp.com

Timothy M McCloskey on behalf of Plaintiff Endeavour Condominium Association, Inc.
tmccloskey@cmrllp.com; swarren@cmrllp.com

Timothy M McCloskey on behalf of Trustee David R Jones
tmccloskey@cmrllp.com; swarren@cmrllp.com

Paul J McConnell, III on behalf of 3rd Party Plaintiff Silent Services, Inc.
pmcconnell@dhmtlaw.com; jnewton@dhmtlaw.com

Paul J McConnell, III on behalf of Cross Defendant Silent Services, Inc.
pmcconnell@dhmtlaw.com; jnewton@dhmtlaw.com

Paul J McConnell, III on behalf of Defendant Silent Services, Inc.
pmcconnell@dhmtlaw.com; jnewton@dhmtlaw.com

David L Miller on behalf of Creditor Endeavour Condominium Association, Inc.
dmiller@millerscamardi.com

David L Miller on behalf of Defendant Endeavour Condominium Association, Inc.
dmiller@msc-lawyer.com

Kathleen Cynthia Pickett on behalf of Creditor Custom Air Products & Services
cpickett@drhrlaw.com; dkirksey@drhrlaw.com

Blake E Rizzo on behalf of Plaintiff David R. Jones
brizzo@cmrllp.com

Blake E Rizzo on behalf of Plaintiff Endeavour Condominium Association, Inc.
brizzo@cmrllp.com

Blake E Rizzo on behalf of Plaintiff Ronald J Sommers
brizzo@cmrllp.com

Blake E Rizzo on behalf of Spec. Counsel Carrigan McCloskey & Roberson, L.L.P.
brizzo@cmrllp.com

Blake E Rizzo on behalf of Trustee David R Jones
brizzo@cmrllp.com

Blake E Rizzo on behalf of Trustee Ronald J Sommers
brizzo@cmrllp.com

Carl O Sandin on behalf of Creditor Clear Creek Independent School District
csandin@pbfcm.com; tpope@pbfcm.com

Carl O Sandin on behalf of Creditor Clear Lake City Water Authority
csandin@pbfcm.com; tpope@pbfcm.com

Annapoorni R Sankaran on behalf of Defendant Initech Restoration, Inc.
sankarana@gtlaw.com

Marc H Schneider on behalf of Attorney Waldron & Schneider, L.L.P.
lawfirm@ws-law.com; alicia@ws-law.com; linda@ws-law.com; tracy@ws-law.com;
marcs@wslaw.com; faithe@ws-law.com

Marc H Schneider on behalf of Creditor Beverly D. Bernard Living Trust of 1999
lawfirm@ws-law.com; alicia@ws-law.com; linda@ws-law.com; tracy@ws-law.com;
marcs@wslaw.com; faithe@ws-law.com

Marc H Schneider on behalf of Creditor Amit and Jo D. Bansal
lawfirm@ws-law.com; alicia@ws-law.com; linda@ws-law.com; tracy@ws-law.com;
marcs@wslaw.com; faithe@ws-law.com

Marc H Schneider on behalf of Creditor Audie & Susan Setters
lawfirm@ws-law.com; alicia@ws-law.com; linda@ws-law.com; tracy@ws-law.com;
marcs@wslaw.com; faithe@ws-law.com

Marc H Schneider on behalf of Creditor Gene & Donna Tromblee
lawfirm@ws-law.com, alicia@ws-law.com; linda@ws-law.com; tracy@ws-law.com;
marcs@wslaw.com; faithe@ws-law.com

Marc H Schneider on behalf of Creditor Ghazi & Mary Hashem
lawfirm@ws-law.com, alicia@ws-law.com; linda@ws-law.com; tracy@ws-law.com;
marcs@wslaw.com; faithe@ws-law.com

Marc H Schneider on behalf of Creditor Herb & Lynn Brannan
lawfirm@ws-law.com; alicia@ws-law.com; linda@ws-law.com; tracy@ws-law.com;
marcs@wslaw.com; faithe@ws-law.com

Marc H Schneider on behalf of Creditor James Dickson
lawfirm@ws-law.com; alicia@ws-law.com; linda@ws-law.com; tracy@ws-law.com;
marcs@wslaw.com; faithe@ws-law.com

Marc H Schneider on behalf of Creditor James Lee
lawfirm@ws-law.com; alicia@ws-law.com; linda@ws-law.com; tracy@ws-law.com;
marcs@wslaw.com; faithe@ws-law.com

Marc H Schneider on behalf of Creditor Les & Melanie Thompson
lawfirm@ws-law.com; alicia@ws-law.com; linda@ws-law.com; tracy@ws-law.com;
marcs@wslaw.com; faithe@ws-law.com

Marc H Schneider on behalf of Creditor Lorenzo & Julie Madrid
lawfirm@ws-law.com; alicia@ws-law.com; linda@ws-law.com; tracy@ws-law.com;
marcs@wslaw.com; faithe@ws-law.com

Marc H Schneider on behalf of Creditor Robert Ayres
lawfirm@ws-law.com; alicia@ws-law.com; linda@ws-law.com; tracy@ws-law.com;
marcs@wslaw.com; faithe@ws-law.com

Marc H Schneider on behalf of Creditor Sam Sinno
lawfirm@ws-law.com, alicia@ws-law.com; linda@ws-law.com; tracy@ws-law.com;
marcs@wslaw.com; faithe@ws-law.com

Richard A Simmons on behalf of Creditor Amit and Jo D. Bansal
rsimmons@ws-law.com, debra@ws-law.com

Richard A Simmons on behalf of Creditor Les & Melanie Thompson
rsimmons@ws-law.com; debra@ws-law.com

Leonard H. Simon on behalf of Interested Party 4821 East Nasa, Ltd
lsimon@pendergraftsimon.com; lhsimon@comcast.net; atty_simon@bluestylus.com

Wendle Van Smith on behalf of Cross Defendant Colony Flooring & Design, Inc.
wendle1v@flash.net

Wendle Van Smith on behalf of Cross Defendant Hassan Kaivani
wendle1v@flash.net

Wendle Van Smith on behalf of Defendant Colony Flooring & Design, Inc.
wendle1v@flash.net

Wendle Van Smith on behalf of Defendant Alex Ganji
wendle1v@flash.net

Wendle Van Smith on behalf of Defendant Hassan Kaivani
wendle1v@flash.net

Wendle Van Smith on behalf of Defendant Nasrin Taymoori
wendle1v@flash.net

Ronald J Sommers
efile@nathansommers.com; RS@trustesolutions.com; RS@trustesolutions.net

John K Spiller on behalf of Defendant Carlo Marzano
john.spiller@strasburger.com; aleffert@rwolaw.com; rebecca.fiszer@strasburger.com

John K Spiller on behalf of Defendant Contrada, Inc.
john.spiller@strasburger.com; aleffert@rwolaw.com; rebecca.fiszer@strasburger.com

Stephen Douglas Statham on behalf of U.S. Trustee US Trustee
stephen.statham@usdoj.gov

Bobbie Leigh Stratton on behalf of Creditor TRC Companies Inc
bstratton@bakerdonelson.com; lhodges@bakerdonelson.com

Bobbie Leigh Stratton on behalf of Interested Party TRC Environmental Corporation
bstratton@bakerdonelson.com; lhodges@bakerdonelson.com

William R Sudela on behalf of Creditor VN America Tile & Marble, Inc.
wsudela@cjmlaw.com

Thomas R Sulton on behalf of Defendant Supreme Systems, Inc. d/b/a Supreme Roofing
Systems
thomas.sulton@zurichna.com

Susan J Taylor on behalf of Counter-Defendant Endeavour GP, LLC
sjtaylor@thetaylorfirm.com; judyu@thetaylorfirm.com

Susan J Taylor on behalf of Plaintiff Endeavour GP, LLC
sjtaylor@thetaylorfirm.com; judyu@thetaylorfirm.com

Preston T Towber on behalf of Cross Defendant Kenneth A. Zimmern
preston@towberlaw.com

Preston T Towber on behalf of Cross-Claimant Kenneth A. Zimmern
preston@towberlaw.com

Preston T Towber on behalf of Defendant Kenneth A. Zimmern
preston@towberlaw.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

William L Van Fleet, II on behalf of 3rd Party Plaintiff William V. Condrey, P.C.
 bvfleet@comcast.net; tdeison@felct.com

William L Van Fleet, II on behalf of Cross Defendant William V. Condrey, P.C.
 bvfleet@comcast.net; tdeison@felct.com

William L Van Fleet, II on behalf of Defendant William V. Condrey, P.C.
bvfleet@comcast.net; tdeison@felct.com

William L Van Fleet, II on behalf of Plaintiff William V. Condrey, P.C.
 bvfleet@comcast.net; tdeison@felct.com

Teri A Walter on behalf of 3rd Pty Defendant Carter Hartwig
twalter@burlesoncooke.com

Teri A Walter on behalf of 3rd Pty Defendant Daniel Waldenmaier
twalter@burlesoncooke.com

Teri A Walter on behalf of 3rd Pty Defendant Demostene Tajolosa
twalter@burlesoncooke.com

Teri A Walter on behalf of 3rd Pty Defendant Edward Schroeppel
twalter@burlesoncooke.com

Teri A Walter on behalf of 3rd Pty Defendant Fred and Mary Shepherd
twalter@burlesoncooke.com

Teri A Walter on behalf of 3rd Pty Defendant Glenn Nichols twalter@burlesoncooke.com

Teri A Walter on behalf of 3rd Pty Defendant Gregory A Boyle
twalter@burlesoncooke.com

Teri A Walter on behalf of 3rd Pty Defendant Horace Colbert
twalter@burlesoncooke.com

Teri A Walter on behalf of 3rd Pty Defendant Jerry and Dorothy Pace
twalter@burlesoncooke.com

Teri A Walter on behalf of 3rd Pty Defendant Jim Butcher
twalter@burlesoncooke.com

Teri A Walter on behalf of 3rd Pty Defendant Joyson and Anna Abraham
twalter@burlesoncooke.com

Teri A Walter on behalf of Cross Defendant Amina Abdulla
twalter@burlesoncooke.com

Teri A Walter on behalf of Cross Defendant Andrew N. Pace
twalter@burlesoncooke.com

Teri A Walter on behalf of Cross Defendant Glenn Nichols
twalter@burlesoncooke.com

Teri A Walter on behalf of Cross Defendant Kevin D. Mitchell
twalter@burlesoncooke.com

Teri A Walter on behalf of Cross Defendant Rebecca Anne Pace
twalter@burlesoncooke.com

Teri A Walter on behalf of Cross Defendant Stephanie Pace
twalter@burlesoncooke.com

Teri A Walter on behalf of Cross Defendant Tom Monheim
twalter@burlesoncooke.com

Teri A Walter on behalf of Cross Defendant Vivian Abobo
twalter@burlesoncooke.com

Teri A Walter on behalf of Cross Defendant Wayne Alexander Pace
twalter@burlesoncooke.com

William David Weber on behalf of 3rd Pty Defendant Entrust Retirement Services, Inc.
wlf@weberlaw.com; ecf@weberlaw.com

William David Weber on behalf of Cross Defendant Entrust Retirement Services, Inc.
wlf@weberlaw.com; ecf@weberlaw.com

Kirk D Willis on behalf of Creditor Pillar Construction, Inc.
kwillis@helmsgreene.com; agallaway@helmsgreene.com

Kirk D Willis on behalf of Debtor Endeavour Highrise, L.P.
kwillis@helmsgreene.com; agallaway@helmsgreene.com

Kirk D Willis on behalf of Defendant Pillar Construction, Inc.
kwillis@helmsgreene.com; agallaway@helmsgreene.com

Amy Kathleen Wolfshohl on behalf of 3rd Party Plaintiff Endeavour Highrise, L.P.
awolfshohl@porterhedges.com; ksteverson@porterhedges.com; jdolan@porterhedges.com

Amy Kathleen Wolfshohl on behalf of 3rd Party Plaintiff David R Jones
awolfshohl@porterhedges.com; ksteverson@porterhedges.com; jdolan@porterhedges.com

Amy Kathleen Wolfshohl on behalf of Cross Defendant David R Jones
awolfshohl@porterhedges.com; ksteverson@porterhedges.com; jdolan@porterhedges.com

Amy Kathleen Wolfshohl on behalf of Cross-Claimant Endeavour Highrise, L.P.
awolfshohl@porterhedges.com; ksteverson@porterhedges.com; jdolan@porterhedges.com

Amy Kathleen Wolfshohl on behalf of Cross-Claimant David R Jones
awolfshohl@porterhedges.com; ksteverson@porterhedges.com; jdolan@porterhedges.com

Amy Kathleen Wolfshohl on behalf of Defendant Endeavour Highrise, L.P.
awolfshohl@porterhedges.com; ksteverson@porterhedges.com; jdolan@porterhedges.com

Amy Kathleen Wolfshohl on behalf of Defendant David R Jones
awolfshohl@porterhedges.com; ksteverson@porterhedges.com; jdolan@porterhedges.com

Amy Kathleen Wolfshohl on behalf of Plaintiff David R. Jones
awolfshohl@porterhedges.com; ksteverson@porterhedges.com; jdolan@porterhedges.com

Amy Kathleen Wolfshohl on behalf of Plaintiff Ronald J Sommers
awolfshohl@porterhedges.com; ksteverson@porterhedges.com; jdolan@porterhedges.com

Amy Kathleen Wolfshohl on behalf of Trustee David R Jones
awolfshohl@porterhedges.com; ksteverson@porterhedges.com; jdolan@porterhedges.com

Amy Kathleen Wolfshohl on behalf of Trustee Ronald J Sommers
awolfshohl@porterhedges.com; ksteverson@porterhedges.com; jdolan@porterhedges.com

Joshua W. Wolfshohl on behalf of Attorney Porter & Hedges LLP
jwolfshohl@porterhedges.com; ksteverson@porterhedges.com;
jdickinson@porterhedges.com

Joshua W. Wolfshohl on behalf of Attorney Porter Hedges LLP
jwolfshohl@porterhedges.com; ksteverson@porterhedges.com;
jdickinson@porterhedges.com

Joshua W. Wolfshohl on behalf of Cross-Claimant David R Jones
jwolfshohl@porterhedges.com; ksteverson@porterhedges.com;
jdickinson@porterhedges.com

Joshua W. Wolfshohl on behalf of Defendant David R Jones
jwolfshohl@porterhedges.com; ksteverson@porterhedges.com;
jdickinson@porterhedges.com

Joshua W. Wolfshohl on behalf of Plaintiff David R Jones
jwolfshohl@porterhedges.com; ksteverson@porterhedges.com;
jdickinson@porterhedges.com

Joshua W. Wolfshohl on behalf of Plaintiff David R. Jones
jwolfshohl@porterhedges.com; ksteverson@porterhedges.com;
jdickinson@porterhedges.com

Joshua W. Wolfshohl on behalf of Plaintiff Ronald J Sommers
jwolfshohl@porterhedges.com; ksteverson@porterhedges.com;
jdickinson@porterhedges.com

Joshua W. Wolfshohl on behalf of Trustee David R Jones
jwolfshohl@porterhedges.com; ksteverson@porterhedges.com;
jdickinson@porterhedges.com

Joshua W. Wolfshohl on behalf of Trustee Ronald J Sommers
jwolfshohl@porterhedges.com; ksteverson@porterhedges.com;
jdickinson@porterhedges.com